IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DERYL L. BAKER and SHERI L. BAKER, )<br>a/k/a Sheri Jones, )<br>                            )<br>    Plaintiffs, )<br>                            )<br>v. )<br>                            )<br>JP MORGAN CHASE BANK, N.A., successor )<br>by merger to Chase Manhattan Mortgage Corp. and )<br>successor by merger to Chase Home Finance, LLC, )<br>CHASE HOME FINANCE, LLC, SHELLIE )<br>WALLACE, WILSON & ASSOCIATES, LLC, )<br>MORTGAGE ELECTRONIC REGISTRATION )<br>SYSTEMS, INC., MERSCORP, collectively as )<br>MERS, and PRIMARY RESIDENTIAL )<br>MORTGAGE, INC., )<br>                            )<br>    Defendants. ) | Civil No. 3:12-1222<br>Judge Trauger |

**O R D E R**

On August 6, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 34), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Plaintiffs' Motion to Remand to State Court (Docket No. 12) is **DENIED**.

It is so **ORDERED**.

ENTER this 23rd day of September 2013.

                                                  ALETA A. TRAUGER
                                                  U.S. District Judge