IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DERYL L. BAKER and SHERI L. BAKER, a/k/a Sheri Jones, <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A., successor by merger to Chase Manhattan Mortgage Corp. and successor by merger to Chase Home Finance, LLC, CHASE HOME FINANCE, LLC, SHELLIE WALLACE, WILSON & ASSOCIATES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MERSCORP, collectively as MERS, and PRIMARY RESIDENTIAL MORTGAGE, INC., <br><br> Defendants. | Civil No. 3:12-1222 <br> Judge Trauger |

**O R D E R**

On August 6, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 34), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Plaintiffs' Motion to Remand to State Court (Docket No. 12) is **DENIED**.

It is so **ORDERED**.

ENTER this 23rd day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge