UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Sheri L. Baker | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:12-1222 |
| | ) | JUDGE Trauger |
| | ) | |
| JP Morgan Chase Bank N.A. | ) | |
| | ) | |
| Defendant | ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/9/14.

KEITH THROCKMORTON, CLERK
s/Althea F. Straughter, Deputy Clerk